UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-378-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ERIK RABES,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, January 11, 2006**, and responses to these motions shall be filed by **Wednesday, January 25, 2006**.  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, January 31, 2006, at 9:00 a.m.**  It is

FURTHER ORDERED that a four-day jury trial is set for **Tuesday, February 21, 2006 at 9:00 a.m.**

Dated: December 16, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge